# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CRIMINAL NO. 1:99CR116

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| KIRK CODRINGTON ) | |

**THIS MATTER** is before the Court on the Defendant's second *pro se* motion for the issuance of a writ of *habeas corpus ad prosequendum*, filed April 9, 2009.[1]

The Court previously addressed the merits of Defendant's first motion requesting the same relief. **See Order, filed April 6, 2009.** For the reasons stated therein, this second motion is likewise denied.

**IT IS, THEREFORE, ORDERED** that Defendant's second *pro se* motion for the issuance of a writ of *habeas corpus ad prosequendum* is **DENIED.**

---

[1] Defendant states in this motion that the Court "gave the government a response date of 3-12-09." **Defendant's Motion, *supra*.** The Court entered no such order.

2

Signed: April 13, 2009

Lacy H. Thornburg
United States District Judge